Michael, Appellant, *v.* Donnini et ux.

Argued March 20, 1974. *John H. Appleton,* with him *Daniel Jenkins,* for appellant; *James M. Howley,* for appellee.

Order affirmed.

Monserrat *v.* Monserrat, Appellant.

Argued March 21, 1974. *Frank Fogel,* for appellant; *Jerome J. Verlin,* for appellee.

Order affirmed.

Murphy, Appellant, *v.* Sweppenheiser et al.

Argued March 22, 1974. *Thomas W. Murphy,* with him *Murphy, Murphy & Murphy,* for appellant; *Bernard M. Borish,* with him *Donald K. Joseph,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellees.

Order affirmed.